Dismissed and Memorandum Opinion filed December 22, 2005









Dismissed and Memorandum Opinion filed December 22,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01002-CV

____________

 

JOHNNY BROOKS,
Appellant

 

V.

 

ATTORNEY GENERAL OF TEXAS AND CAROL
L. BROOKS, Appellees

 



 

On Appeal from the 328th
District Court

Fort Bend
County, Texas

Trial Court Cause No.
05CV142652

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed August 15,
2005.  The notice of appeal was filed on
August 16, 2005 .  To date, our records
show that appellant has neither established indigence nor paid the $125.00
appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same). 








After being notified that this appeal was
subject to dismissal, appellant did not respond.  Accordingly,
the appeal is ordered dismissed.  See
Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed December 22, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.